IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| SINA SUNDAY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 4:15-cv-1414-MHH-JEO |
| | ) | |
| SCOTT HASSELL, Warden, Etowah County Detention Center, | ) ) ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM OPINION

This is a habeas corpus case filed pursuant to 28 U.S.C. § 2241 by Sina Sunday, *pro se*. (Doc. 1). Mr. Sunday challenges his continued detention pending his removal from the United States pursuant to the Immigration and Nationality Act ("INA"), 8 U.S.C. § 1101 et seq. The Respondents argue that the Court should dismiss this action as moot because Mr. Sunday has been removed from the United States. (Doc. 17).

In support of their motion to dismiss, respondents offer a declaration by a Supervisory Detention and Deportation Officer who states that Mr. Sunday was removed from the United States to Nigeria on August 29, 2017. (Doc. 17-1). Because Mr. Sunday already has been released from custody and removed from the United States, Mr. Sunday's habeas corpus claim for release under an order of supervision or

for repatriation is moot; the Court no longer may provide meaningful relief. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003); *Soliman v. United States ex rel. INS*, 296 F.3d 1237, 1242-43 (11th Cir. 2002). The Court will enter a separate final order dismissing this habeas action as moot.

**DONE,** this 17th day of October, 2017.

_____
MADELINE HUGHES HAIKALA
U.S. DISTRICT JUDGE